## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. The PROCTOR SHOP, Inc., Respondent.

### No. 7734.

Circuit Court of Appeals, Ninth Circuit.
March 20, 1936.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

This case involves the same parties and the same question as that this day decided in Commissioner of Internal Revenue v. The Proctor Shop, Inc. (C.C.A.) 82 F.(2d) 792, save that the taxes in question are for the taxable year ending January 31, 1929. Upon that authority, the decision of the Board of Tax Appeals is affirmed.